24cv371

U.S.D.C. for the Southern District of New York

Pro.Se Intake Unit Room. 250.

Petition for a writ of habeas corpus under 28.U.S.C.2254, for relief from a conviction or sentence by a prisoner in state custody.

Chief Judge Laura Taylor Swain
Case. no. 1-24-cv-0371.

Petitioner, Inmate Eric Rodney Hill. 17477-016
Vs.
Respondent, Warden. MR. E. Rickard, F.C.I. Otisville
P.O. Box 600. Otisville, New York 10963.

Inmate Hill will prove to the Federal Courts and Judge Laura Taylor Swain that severe exigent circumstances do exist for Inmate Eric Rodney Hill at F.C.I. Otisville.

This is Eric R. Hill's 2nd attempt

June-23-2025

RECEIVED
JUL 08
PRO SE OFFICE

I, inmate Eric Rodney Hill, 17477-016, do give permission to the U.S.D.C. for the southern district of New York, Chief Judge Laura Taylor Swain, and Clerks office.

To take two hundred dollars from my prison account for the application or filing fees.

Motion to have counsel appointed before any denials or dismissals, one of the reasons why Mr. Hill is in prison because Judge Lynn Leibovitz denied Mr. Hill the right to counsel. cases. criminal law 1766.

Motion for subpoena duces tecum 18.C. for inmate Eric R. Hill, 17477-016 to appear in court with court transcripts, all documentation, and medical records. cases. witnesses. 16.

motion for the opportunity to be heard. i.c. a chance for Eric R. Hill to appear in court, in front of a Judge to make a Legal argument, and to present evidence of his claims, of his innocence.

motion to expedite. inmate Eric Rodney Hill 17477-016 arrived at F.C.I. Otisville Mr. Hill's Life, Liberty, an safety is in imminent danger.

The admin. at F.C.I. Otisville warden, Mr. E. Rickard, A.W. Mr. Larry McCutcheon, and A.W. Ms. Bridges are committing continuous crimes against inmate Eric R. Hill under the color of Law. i.c.

The admin. are committing continuous hate crimes against inmate Eric R. Hill by intentionally denying him the medical treatment he desperately needs for the prostate cancer.

Chief Judge Laura Taylor Swain, the criminal trial below was illegal, and unconstitutional.

Superior Court for the District of Columbia USA2019CF3015559, Judge Lynn Leibovitz, a U.S.A. Mr. Christopher Carson, and Public Defender Adam D. Harris, a.k.a. the 3.

vs.

Defendant Eric Rodney Hill Judge Leibovitz started her persecution of Mr. Hill on Feb. 15 2022, Mr. Hill the Native American is a civil rights activist, also Mr. Hill is a Donald J. Trump supporter, and Judge Leibovitz did not like that.

Judge Leibovitz engaged in a malicious prosecution, engaged in obstruction of justice is a felony offense in the U.S., Judge Leibovitz denied Mr. Hill the right to counsel, Judge Leibovitz denied Mr. Hill discovery, police bodycam footage, crime scene photos, court documents.

Judge Leibovitz denied the defendant Eric Rodney Hill every legal right that he was entitled too, including the right to procedural due process.

1.

A.U.S.A. Christopher Carson engaged in a malicious prosecution, engaged in obstruction of justice is a felony offense in the U.S., Mr. Carson denied Mr. Hill the right to counsel, Mr. Carson denied Mr. Hill discovery, police bodycam footage, crime scene photos, court documents.

During defendant Hill's trial Mr. Carson refused to present any physical evidence, and no direct evidence was presented of Mr. Hill committing the crime, Judge Leibovitz would not allow Eric R. Hill to present any evidence to the jury of his innocence.

After Eric R. Hill was found guilty on Sept. 13-2022 he received discovery court documents, crime scene photos, police bodycam footage from A.U.S.A. Mr. Christopher Carson

Mr. Carson denied the defendant Eric R. Hill every legal right that he was entitled too, including the right to procedural due process.

2.

P. defender, adam D. Harris engaged in a malicious prosecution, engaged in obstruction of justice is a felony offense in the U.S. Mr. Harris denied Mr. Hill discovery, court documents, crime scene photos, police bodycam footage.

Months before Mr. Hill's trial another D.C. Superior court judge granted Mr. Hill a T.P.O. against Mr. Harris for assault and battery, destruction of property, Please call and ask Mr. Harris.

adam D. Harris, bar. 469-706. 301-960-5005, fax 301-251-4111. 600 Jefferson Plaza Suite 201 Rockville, Maryland 20852.

Once Eric B. Hill had the T.P.O. on adam D. Harris, he had no legal right to be involved in Mr. Hill's criminal trial period. D.C. code. 23-110. ineffective assistance of counsel is irrelevant and moot period.

Mr. Harris denied defendant Eric B. Hill, every legal right that he was entitled too, including the right to procedural due process.

3.

Judge Lynn Leibovitz, A.U.S.A. Christopher Carson, and Public defender Adam D. Harris. a.k.a. the 3.

The 3. promised M.S-13. drug dealer, illegal immigrant Erick Jonatan Sabillion Amaya if he testifies, the defendant Eric R. Hill assaulted him the 3. will make him a U.S. citizen, and Mr. Amaya is selling drugs on the streets of Wash. DC. til this day, the 3. gave Mr. Amaya a pass to commit more crimes including murder.

Currently in Wash. DC. there is an active felony arrest warrant out for Erick Jonatan Sabillion Amaya for 1st degree murder of an innocent 16. year old highschool caucasian girl.
    The 3 made a deal with the devil.

Mr. Amaya has ties to Kilmar Abrego Garcia who was recently deported to El. Savador by the Trump administration.

4.

conclusion.

Judge Lynn Leibovitz,

public defender. adam D. Harris, and

A.U.S.A. for the district of columbia christopher carson. a.k.a. the three.

The 3. intentionally committed crimes against the defendant Eric Rodney Hill.

under the color of law. 17c. the appearance or semblance without the substance of a legal right. the term usu. implies a misuse of power made possible because the wrongdoers are clothed with the authority of the state. federal civil Rights statutes and criminal Law. cases. civil Rights 1323.

The 3. broke federal laws, and committed federal crimes 1860. against Eric R. Hill. most federal crimes are codified in title 18. of the u.s. codes.

5.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

⇔17477-016⇔
Eric Rodney Hill
PO BOX 1000
Otisville, NY 10963
United States

most URGENT



RECEIVED
JUL 08
PRO SE OFFICE

⇔17477-016⇔
Laura Taylor Swain
500 Pearl ST
NEW YORK, NY 10007
United States

most urgent

